IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SCOTT F. BRUNZELL,<br><br>            Plaintiff,<br><br>vs.<br><br>CHASITY M. HELM, an individual, and KLENDA AUSTERMAN LLC,<br><br>            Defendants. | 8:14-CV-400<br><br>ORDER |

      The parties have advised the Court that they have settled their claims. Filing 6. Accordingly,

      IT IS ORDERED:

      1.    On or before January 30, 2015, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

      2.    Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

      3.    This case is removed from the Court's trial docket.

      4.    The Clerk of the Court shall set a dismissal papers deadline of January 30, 2015.

      Dated this 30th day of December, 2014.

      BY THE COURT:

      *John M. Gerrard* (signature)
      John M. Gerrard
      United States District Judge